# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CABRERA,<br><br>           Petitioner,<br><br>     v.<br><br>M.D. BITER, Warden,<br><br>           Respondent. | Case No. CV 12-2738-SJO (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

     Petitioner attempts to raise a new claim of ineffective assistance of counsel in his Objections. This Court declines to consider this belatedly-asserted allegation. A district court has discretion, but is not required, to consider evidence or claims presented for the first time in objections to a report and recommendation.[1] Although Petitioner is pro se, he nevertheless had the opportunity to include this allegation at an earlier time, but failed to do so. Moreover,

---

[1] See Brown v. Roe, 279 F.3d 742, 744-45 (9th Cir. 2002).

Case 2:12-cv-02738-SJO-LAL   Document 66   Filed 09/23/15   Page 2 of 2   Page ID #:286

Petitioner's claim that he received ineffective assistance of trial counsel is not a novel claim in an unsettled area of law.[2] In any event, Petitioner's new claim appears to be unexhausted. As such, this new claim cannot serve as a basis for habeas relief.[3]

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.[4] Thus, the Court declines to issue a certificate of appealability.

DATED: September 23, 2015.

_S. James Otero_
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

---

[2] See Sossa v. Diaz, 729 F.3d 1225, 1231 (9th Cir. 2013).

[3] See 28 U.S.C. § 2254(b)(1)(A) (a federal court will not grant habeas relief to a petitioner held in state custody unless he has exhausted the available state judicial remedies).

[4] See 28 U.S.C. § 2253; Fed. R. App. P. 22(b); Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S. Ct. 1029, 154 L. Ed. 2d 931 (2003).

-2-