# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CABRERA,<br><br>          Petitioner,<br><br>          v.<br><br>M.D. BITER, Warden,<br><br>          Respondent. | Case No. CV 12-2738-SJO (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

*S. James Otero*

DATED: September 23, 2015.

      HONORABLE S. JAMES OTERO
      UNITED STATES DISTRICT JUDGE